

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Michel Marie Emerson, Appellant

No. 06-17-00199-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 43510-A). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessments of a $1,500.00 fine and $856.50 in attorney fees from the trial court's judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Michel Marie Emerson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 29, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk